2026R00211/NBB

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

FILED
MAY 27 2026
AT 8:30 10:44 A.M. QA
CLERK, U.S. DISTRICT COURT - DNJ

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Michael A. Shipp |
| | : | |
| v. | : | Crim. No. 26-267 (MAS) |
| | : | |
| DUWANN ELLIOTT | : | 18 U.S.C. § 922(g)(1) |
| | : | |

# INDICTMENT

The Grand Jury in and for the District of New Jersey, sitting at Newark, charges as follows:

On or about February 8, 2026, in Essex County, in the District of New Jersey and elsewhere, the defendant,

**DUWANN ELLIOTT,**

knowing that he had previously been convicted of a crime punishable by a term of imprisonment exceeding one year, did knowingly possess a firearm, namely a Taurus, model G2C, 9mm caliber semi-automatic pistol, with an obliterated serial number, and ammunition, namely 11 rounds of 9mm ammunition, and the firearm and ammunition were in and affecting interstate commerce.

In violation of Title 18, United States Code, Section 922(g)(1).

## FORFEITURE ALLEGATIONS

Upon conviction of the offense in violation of Title 18, United States Code, Section 922(g) charged in this Indictment, the defendant,

**DUWANN ELLIOTT,**

shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), any firearm and ammunition involved in or used in the commission of such offense, including, but not limited to, the following:

a. One Taurus, model G2C, 9mm caliber semi-automatic pistol, with an obliterated serial number; and

b. 11 rounds of 9mm ammunition.

### Substitute Assets Provision

If any of the property described above, as a result of any act or omission of the defendant:

a. cannot be located upon the exercise of due diligence;

b. has been transferred or sold to, or deposited with, a third party;

c. has been placed beyond the jurisdiction of the court;

d. has been substantially diminished in value; or

e. has been commingled with other property which cannot be divided without difficulty,

the United States shall be entitled, pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461, to forfeiture of any other property of the defendant up to the value of the above-described forfeitable property.

A TRUE BILL

[redacted]

FOREPERSON

ROBERT FRAZER
United States Attorney

Nathaniel Botwinick
Assistant U.S. Attorney

Approved by:

Elaine K. Lou
Chief, Criminal Division

CASE NUMBER: 26-267 (MAS)

# United States District Court
# District of New Jersey

**UNITED STATES OF AMERICA**

**v.**

**DUWANN ELLIOTT**

# INDICTMENT FOR

**18 U.S.C. § 922(g)(1)**

**A True Bill,**

[redacted]

**Foreperson**

ROBERT FRAZER
UNITED STATES ATTORNEY

NATHANIEL BOTWINICK
ASSISTANT U.S. ATTORNEY
NEWARK, NEW JERSEY
973-645-2858